IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KEITH WILLIAMS,

    Defendant.
                                  /

No. CR 10-0392 WHA

**ORDER RE MOTION TO SUPPRESS**

      The motion to suppress will be heard on **NOVEMBER 2, 2010, AT 2:00 P.M.**, to be briefed on the schedule discussed in court. If an evidentiary hearing is needed, it shall be at **8:00 A.M. ON NOVEMBER 10, 2010**.

    **IT IS SO ORDERED.**

Dated: August 3, 2010.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE