BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH WILLIAMS,<br><br>Defendant. | No. CR-10-0392 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO AMEND BRIEFING<br>SCHEDULE |

On August 3, 2010, the parties appeared before the Court to set a briefing schedule for motions in this case. The current briefing schedule is as follows:

        October 5: Defendant's Motion

        October 19: Government's Opposition

        October 26: Defendant's Reply

        November 2: Oral Argument

        November 10: Evidentiary Hearing

In order to allow the government time to petition to submit a sur-reply, should it wish to do so, the parties propose a schedule that requires the defendant's motion to be due one week earlier, with the new dates as follows:

1  September 28: Defendant's Motion

2  October 12:    Government's Opposition

3  October 19:    Defendant's Reply

4  October 26:    Government's Sur-Reply

5  November 2:    Oral Argument

6  November 10: Evidentiary Hearing

Amending the briefing schedule is appropriate because it will not change either of the hearing dates set by the Court, and it will permit both parties to have a full opportunity to be heard prior to the hearing.

IT IS SO STIPULATED.

8/16/10                                            /s/
_____      _____
DATED                                   RITA BOSWORTH
                                        Assistant Federal Public Defender


8/16/10                                            /s/
_____      _____
DATED                                   KEVIN BARRY
                                        Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the amendment of the briefing schedule is appropriate, and the amended schedule is set forth as follows:

September 28: Defendant's Motion

October 12:    Government's Opposition

October 19:    Defendant's Reply

October 26:    Government's Sur-Reply

*US v. Williams,* CR-10-0392 WHA;
STIPULATION & [~~PROPOSED~~] ORD. TO
AMEND BRIEFING SCHEDULE                 2

1         November 2:   Oral Argument

2         November 10: Evidentiary Hearing

4    IT IS SO ORDERED.

6    DATED:  August 23, 2010.

*IT IS SO ORDERED*
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*US v.Williams,* CR-10-0392 WHA;
STIPULATION & [~~PROPOSED~~] ORD. TO
AMEND BRIEFING SCHEDULE      3