**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KEITH WILLIAMS,

    Defendant.

No. CR 10-0392 WHA

**SCHEDULING ORDER**

The parties shall appear for a status conference on October 12, 2010, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE