BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 10-0392 WHA |
|     Plaintiff, ) | |
|   v.  ) | **STATUS REPORT AND MOTION TO CHANGE HEARING DATE; [PROPOSED] ORDER** |
| KEITH WILLIAMS, ) | |
|     Defendant. ) | |

**STATUS REPORT AND MOTION TO CHANGE HEARING DATE**

The Court has set January 11, 2016 as the date for an evidentiary hearing on the charges in the November 3, 2015 Form 12 alleging that Defendant violated the conditions of his supervised release by committing acts of domestic violence. *See* Dkt. 58 (Form 12) (Charges Two, Three, and Six). The government submits this status report to inform the Court that it will not be presenting testimony from the victim referenced in those charges, and therefore, it will seek dismissal of those allegations. The government and Defendant therefore request that the Court vacate the evidentiary hearing.

During a December 10, 2015 hearing on the most recent Form 12, the Court indicated that in the absence of testimony from the victim, it would proceed to sentencing on the charges that Defendant has

STATUS REPORT AND MOTION TO CHANGE HEARING DATE; [PROPOSED] ORDER
CR 10-0392 WHA

already admitted. *See* Dkt. 61 (December 10, 2015 Minute Order). Those are charges One, Four, and Five. Dkt. 55 (July 29, 2015 Minute Order).

The parties and the United States Probation Officer jointly request that the Court schedule the sentencing hearing for February 9, 2016, at 2:00 p.m. This date will enable the Probation Officer to submit a memorandum to the Court, and the Court's Courtroom Deputy has informed the parties that February 9 is available for this hearing.

I have discussed these requests with counsel for Defendant, and I attest that she joins the government in requesting that the January 11 hearing be vacated and that sentencing be scheduled for February 9, 2016.

DATED: January 7, 2016                                   Respectfully submitted,

                                                                          BRIAN J. STRETCH
                                                                          Acting United States Attorney

                                                                          _____/s/_____
                                                                          KEVIN J. BARRY
                                                                          Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons set forth above, and for good cause show, the Court hereby vacates the January 11, 2016 hearing and sets the date for sentencing for Defendant's admitted violations of the conditions of his supervised release for February 9, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  January 8, 2016.                                 _____
                                                                        HON. WILLIAM ALSUP
                                                                        United States District Judge